Rick Augustini (State Bar No. 160934)
LAW OFFICE OF RICK AUGUSTINI
320 Seven Springs Way, Suite 250
Nashville, TN 37207
Telephone:      (615) 515-0911
E-Mail:      rick.augustini@gmail.com

California Office:
895 Dove Street, Suite 300
Newport Beach, CA  92660

Attorneys for Plaintiff
ONSITE NURSE CONCIERGE, LLC

**FILED & ENTERED**

**MAR 16 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte      DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ERNEST MIKHAIL ALFON,<br><br>　　　Debtor.<br>_____<br><br>ONSITE NURSE CONCIERGE, LLC, a<br>California limited liability company,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ERNEST MIKHAIL ALFON, an individual,<br><br>　　　Defendant.<br>_____ | Bankruptcy Case No.  8:21-bk-11483-ES<br><br>Adversary Case No. 8:21-ap-01084-ES<br><br>Hon. Erithe A. Smith<br><br>Chapter 7<br><br>ORDER VACATING DISCOVERY CUT OFF<br>AND PRE-TRIAL DATES AND SCHEDULING<br>STATUS CONFERENCE |

1    Having reviewed the stipulation of the parties filed on March 15, 2022 (the "Stipulation") as

2    docket 13, and good cause appearing therefor,

3    **IT IS HEREBY ORDERED that:**

4        1.  **The Stipulation is approved;**

5        2.  The current discovery cut off, pretrial stipulation and pretrial conference dates are vacated;

6        3.  A status conference will be held on May 12, 2022 at 2:00 p..m. **The parties shall file a**

7            **joint status report by April 28, 2022.**

8    IT IS SO ORDERED.

9    ###

Date: March 16, 2022

Erithe Smith
United States Bankruptcy Judge

1