| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rick Augustini (State Bar No. 160934)<br>LAW OFFICE OF RICK AUGUSTINI<br>320 Seven Springs Way, Suite 250<br>Nashville, TN 37207<br>Telephone: (615) 515-0911<br>E-Mail: rick.augustini@gmail.com | |

☐ Individual appearing without attorney
☒ Attorney for  Plaintiff Onsite Nurse Concierge, LLC

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>ERNEST MIKHAIL ALFON<br><br>                                          Debtor(s). | CASE NO.: 8:21-bk-11483-ES<br>CHAPTER: 7<br>ADVERSARY NO.: 8:21-ap-01084-ES |
|---|---|
| ONSITE NURSE CONCIERGE, LLC<br><br>                                          Plaintiff(s),<br>vs.<br>ERNEST MIKHAIL ALFON<br><br>                                          Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]): AMENDED ORDER VACATING DISCOVERY CUT OFF AND AND PRE-TRIAL DATES AND SCHEDULING STATUS CONFERENCE |

PLEASE TAKE NOTE that the order or judgment titled AMENDED ORDER VACATING DISCOVERY CUT OFF PRE-TRIAL DATES AND SCHEDULING STATUS CONFERENCE
was lodged on (*date*) 03/21/2022 and is attached. This order relates to the motion which is docket number 15.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                              F 9021-1.2.ADV.NOTICE.LODGMENT

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

320 Seven Springs Way, Suite 250, Nashville, TN 37027

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __03/21/2022__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thomas H. Casey, Trustee: thc@trustesolutions.net
Baruch C. Cohen: Attorney for Debtor: bcc@BaruchCohenEsq.com
United States Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/21/2022 | Rick Augustini | s/Rick Augustini |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                    F 9021-1.2.ADV.NOTICE.LODGMENT

Rick Augustini (State Bar No. 160934)
LAW OFFICE OF RICK AUGUSTINI
320 Seven Springs Way, Suite 250
Nashville, TN 37207
Telephone:    (615) 515-0911
E-Mail:    rick.augustini@gmail.com

California Office:
895 Dove Street, Suite 300
Newport Beach, CA  92660

Attorneys for Plaintiff
ONSITE NURSE CONCIERGE, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ERNEST MIKHAIL ALFON,<br><br>    Debtor.<br>_____<br><br>ONSITE NURSE CONCIERGE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>ERNEST MIKHAIL ALFON, an individual,<br><br>    Defendant.<br>_____ | Bankruptcy Case No.  8:21-bk-11483-ES<br><br>Adversary Case No. 8:21-ap-01084-ES<br><br>Hon. Erithe A. Smith<br><br>Chapter 7<br><br>AMENDED ORDER VACATING DISCOVERY CUT OFF AND PRE-TRIAL DATES AND SCHEDULING STATUS CONFERENCE |

AMENDED ORDER VACATING DISCOVERY CUT OFF AND PRE-TRIAL DATES AND SCHEDULING
STATUS CONFERENCE

1  Having reviewed the stipulation of the parties, and good cause appearing therefor, the Court: (1)
2  vacates the current discovery cut off, pretrial stipulation and pretrial conference dates; and (2) schedules a
3  status conference for 10:30 a.m. on May 12, 2022. The parties shall file a joint status report by April 28,
4  2022.
5      IT IS SO ORDERED.
6  March ____, 2022

                                                                                    Hon. Erithe A. Smith
                                                                                    United States Bankruptcy Judge