Rick Augustini (State Bar No. 160934)
LAW OFFICE OF RICK AUGUSTINI
320 Seven Springs Way, Suite 250
Nashville, TN 37207
Telephone:      (615) 515-0911
E-Mail:         rick.augustini@gmail.com

California Office:
895 Dove Street, Suite 300
Newport Beach, CA  92660

Attorneys for Plaintiff
ONSITE NURSE CONCIERGE, LLC

**FILED & ENTERED**

**MAR 21 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte      **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ERNEST MIKHAIL ALFON,<br><br>    Debtor.<br>_____<br><br>ONSITE NURSE CONCIERGE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>ERNEST MIKHAIL ALFON, an individual,<br><br>    Defendant.<br>_____ | Bankruptcy Case No.  8:21-bk-11483-ES<br><br>Adversary Case No. 8:21-ap-01084-ES<br><br>Hon. Erithe A. Smith<br><br>Chapter 7<br><br>AMENDED ORDER VACATING DISCOVERY CUT OFF AND PRE-TRIAL DATES AND SCHEDULING STATUS CONFERENCE |

Having reviewed the stipulation of the parties filed on March 15, 2022 (the "Stipulation") as docket 13, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;
2. The current discovery cut off, pretrial stipulation and pretrial conference dates are vacated;
3. A status conference will be held on **May 12, 2022 at 10:30 a..m.** The parties shall file a joint status report by April 28, 2022.

IT IS SO ORDERED.

\###

Date: March 21, 2022

Erithe Smith
United States Bankruptcy Judge

1

STIPULATION AND ORDER VACATING DISCOVERY CUT OFF AND PRE-TRIAL DATES AND
SCHEDULING STATUS CONFERENCE